UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODERICK DEMOND GILL,

Petitioner,

Case No. 24-cv-13289

v.

HON. MARK A. GOLDSMITH

MICHAEL BURGESS,

Respondent.
_________________________________/

**ORDER TRANSFERRING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL TO THE SIXTH CIRCUIT**

This matter is before the Court on habeas petitioner Roderick Demond Gill's application to proceed in forma pauperis on appeal (Dkt. 12), concerning the Court's June 24, 2026 opinion and order denying his petition for a writ of habeas corpus, denying a certificate of appealability, and denying leave to proceed in forma pauperis on appeal (Dkt. 9). Gill filed a timely notice of appeal with his application (Dkt. 11).

As noted, the Court has already denied Gill leave to proceed in forma pauperis on appeal. When a federal district court denies a certificate of appealability or denies leave to proceed in forma pauperis on appeal, the proper procedure for a habeas petitioner is to file a certificate of appealability and/or an application to proceed in forma pauperis on appeal with the federal appellate court. See Sims v. United States, 244 F.3d 509 (6th Cir. 2011) (citing Fed. R. App. P. 22(b)(1)).

Accordingly, in the interests of justice, the Court transfers Gill's application to proceed in forma pauperis on appeal (Dkt. 12) to the United States Court of Appeals for the Sixth Circuit.

SO ORDERED.

Dated: August 7, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge